FILED
CLERK, U.S. DISTRICT COURT

MAR 10 2008

CENTRAL DISTRICT OF CALIFORNIA
BY DAM DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPENCER RAY FINNEY, | NO. CV 08-869-ABC(CT) |
| Petitioner, | JUDGMENT |
| v. | |
| W.J. SULLIVAN, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the petition is denied and dismissed with prejudice.

DATED: March 10, 2008

_____
AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE